FILED

2013 JUL 22  AM 9:48

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

**EDWARD BLOOM**
**PO BOX 682**
**OWINGS MILLS, MD  21117**

7/19/13

I am replying to you letter that I have enclosed. This is in reference to case #13-20825.

I would ask that this not be dismissed and I be given a 30 extension, or what the law will allow. I am trying to do this on my own, and I now realize that I need an attorney. I would respectfully ask that I get an extension which will allow me to find an attorney or complete all on my own. I was under the assumption that I had until mid August, and was already preparing all. I have contacted an

25

attorney today, and expect to have representation by the end of next week.

Thank you,

*[signature]*

**Edward Bloom**